IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED ST***? DISTRICT COURT
DE*        **DO

AUG 2 9 2005

GRE*...** ** LANGHAM
CLERK

Civil Action No. 05-cv-00843-OES

LARRY J. RUSSOM, SR.,

      Plaintiff,

v.

THE STATE OF COLORADO,
GOVERNOR BILL OWENS,
ARAPAHOE COUNTY D.A. JAMES J. PETERS,
OFFICER PETE PAGE OF AURORA P.D.,
OFFICER WARREN MILLER OF AURORA P.D., and
ATTORNEY GENERAL JOHN SUTHERS,

      Defendants.

---

## ORDER DISMISSING CASE

---

This matter is before the Court on the motion for dismissal that Plaintiff Larry J.

Russom, Sr., submitted **pro se** and the Court filed on August 15, 2005.  In the motion,

Mr. Russom informs the Court that he wants to dismiss his amended complaint

voluntarily and without prejudice.

The Court must construe the August 15, 2005, motion to withdraw liberally

because Mr. Russom has filed the motion on his own behalf.  **See Haines v. Kerner**,

404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

Therefore, the Court will construe the August 15 motion liberally as a notice of voluntary

dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without

order of court (i) by filing a notice of dismissal at any time before service by the adverse

party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to withdraw that Plaintiff Larry J. Russom submitted *pro se* and the Court filed on August 15, 2005, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 15, 2005, the date the notice of dismissal was filed in this action. It is

FURTHER ORDERED that the amended complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26 day of _____ August _____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00843-OES

Larry J. Russom, Sr.
Reg. No. 114454
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **8/29/05**

GREGORY C. LANGHAM, CLERK

By: _____
                   Deputy Clerk